| UNITED STATES COURT OF INTERNATIONAL TRADE | FORM 7 |

| Acquisition 362, LLC dba Strategic Import Supply, LLC, | |
|---|---|
| Plaintiff, | 1:24-cv-00124-MAB |
| v. | Court No. |
| United States | and Attached Schedule |
| Defendant. | |

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses the action(s) listed on the attached schedule.

Dated: 9/24/2024
_____

Heather L. Marx
_____
Attorney for Plaintiff
Cozen O'Connor, 33 South Sixth St., Suite 3800
_____
Street Address
Minneapolis, MN 55402
_____
City, State and Zip Code
612-260-9000
_____
Telephone No.

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 1:24-cv-00124-MAB | Acquisition 362, LLC d/b/a Strategic Import Supply, LLC | 270424169388 | ACN11601976 |

Order of Dismissal

    The actions listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: __9/24/2024__

Clerk, U. S. Court of International Trade

By: __/s/ Giselle Almonte__
      Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)